JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS HARRIS,<br><br>                 Plaintiff,<br><br>              vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                 Defendant. | Case No. EDCV 13-0556-DTB<br><br>**J U D G M E N T** |

    In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: May 19, 2014

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE