1  The Law Offices of JUDITH S. LELAND
   A Professional Law Corporation
2  8345 E. Firestone Blvd., Suite 300
   Downey, CA 90241
3  (562) 904-6955 (562) 904-6965 Fax
   JUDITH S. LELAND (State Bar No: 63747)
4  E-mail: tracey@disabilitylawfirm.com

5  Attorney for Plaintiff

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10  WESTERN DIVISION

11  MORRIS HARRIS,                    ) CIVIL NO. EDCV 13-00556-R(DTB)
                                      )
12       Plaintiff,                   ) [~~PROPOSED~~] ORDER AWARDING
                                      ) EQUAL ACCESS TO JUSTICE ACT
13       v.                           ) ATTORNEY FEES PURSUANT TO
                                      ) 28 U.S.C. § 2412(d)
14  CAROLYN W. COLVIN,                )
    Commissioner of Social Security,  )
15                                    )
         Defendant.                   )
16  _____ )

18       Based upon the parties' Stipulation for the Award and Payment of Equal Access to
19  Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND
20  DOLLARS ($3,000.00), as authorized by 28 U.S.C. § 2412(d), be awarded subject to the
21  terms of the Stipulation.

24  Dated: July 29, 2014           _____
                                   DAVID T. BRISTOW
25                                 UNITED STATES MAGISTRATE JUDGE